IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                               ORDER

               Plaintiff,

                                                               06-cr-8-bbc

     v.

MICHELE NELSON,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Michele Nelson has filed a motion for reconsideration of the court's August 25, 2011 order denying her request for leave to proceed <u>in forma pauperis</u> on appeal. The motion must be denied. Defendant has filed a notice of appeal of the August 25, 2011 order. The filing of that notice deprives this court of jurisdiction over any substantive aspects of defendant's motion.

      As I explained in the order entered on August 25, 2011, under Fed. R. App. P. 24, defendant has 30 days from the date of the August 25, 2011 order in which to ask the court of appeals to review the court's denial of leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> on appeal. Her motion must be accompanied by an affidavit as described in the first paragraph of Fed. R.

1

App. P. 24(a) and a copy of the August 25, 2011 order.

ORDER

IT IS ORDERED that defendant Michele Nelson's motion for reconsideration is DENIED for lack of jurisdiction.

Entered this 14th day of September, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2