IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                               Plaintiff,

       v.

MICHELE NELSON,

                               Defendant.

ORDER

06-cr-8-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

It has come to my attention that the September 14, 2011 order denying defendant's motion for reconsideration contains a typographical error. In the third sentence of the first paragraph, the August 25, 2011 date should be August 1, 2011.

Therefore, IT IS ORDERED that the order entered herein on September 14, 2011, is AMENDED as follows:

In the third sentence of the first paragraph, the August 25, 2011 date should be August 1, 2011.

In all other respects, the order entered on September 14, 2011, remains unchanged.

Entered this 15th day of September, 2011.

                                                BY THE COURT:
                                                /s/
                                                BARBARA B. CRABB
                                                District Judge